IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LARRY CULPEPPER**                                                                     **PLAINTIFF**

**V.**                          **CIVIL ACTION NO.: 4:08-CV-16-SA-DAS**

**WAL-MART STORES EAST, INC.
AND JOHN DOE, MANAGER**                            **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) the Plaintiff's Motion to Remand [27] [33] is **GRANTED**.

(2) This cause of action is **REMANDED** to the Circuit Court of Sunflower County, Mississippi;

(3) therefore, this case is **CLOSED**.

(4) As such, the Court declines to consider the Defendant's Motion for Summary Judgment.

**SO ORDERED** this the 13th day of February 2009.

                                                    **/s/ Sharion Aycock**
                                                    **UNITED STATES DISTRICT JUDGE**